ADELINE D. CRANDELL v. FRED H. CRANDELL and Another, Individually and

as Trustee, etc.— Motion granted, and the time of the defendants to make and file the case on appeal is extended to and including the 20th day of December, 1922. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.